### United States v. Rodger Arntt

**STATEMENT OF FACTS**

On Friday, May 19, 2006, Detective Timothy Palchak, a detective with the Metropolitan Police Department, was acting in an undercover capacity as part of a multi-jurisdictional Internet Crimes Against Children (ICAC) Task Force. Detective Palchak was operating out of the Metropolitan Police Department's Youth Investigations Branch in Northeast, Washington, D.C. On May 19, 2006, an individual using the screen name "navydocrodg" initiated contact with Detective Palchak, who was using the screen name "kalishopper2." Detective Palchak identified himself as a thirteen-year-old female residing in the District of Columbia. The defendant, who was using the screen name "navydocrodg," identified himself as a thirty-eight-year-old male who works with the U.S. Navy and resides in Washington State, but who was in Gaithersburg, Maryland on a business trip.

The defendant initiated three separate chat conversations in a private Yahoo chat room during the course of the day, and conversed with "kalishopper2" through instant messaging for over three hours that day. The defendant identified himself as an employee of the U.S. Navy and sent "kalishopper2" photos of himself in a Navy uniform. During the course of the conversation, the defendant asked "kalishopper2" if she wanted to be "licked" or if she wanted "to make love." "kalishopper2" indicated to the defendant that she had never engaged in sexual intercourse with anyone before. The defendant asked her several times where her mother was, and she replied that her mother was at work, and that her mother would not be coming home straight from work because she had plans to go out with friends that night. The defendant stated that he was disease-free and that she did not have to worry about getting pregnant because he was "fixed." The defendant then made arrangements to meet "kalishopper2" at the Rhode Island Metro station in Washington, D.C. at 8:00 p.m. The defendant told "kalishopper2" that he would be wearing a blue polo shirt, blue jeans, and a blue and yellow jacket. The defendant asked "kalishopper2' to wear something that would make her look older, and suggested that she not wear panties underneath her clothing. The defendant stated that he would meet her in the metro station where the metro passes are sold.

On May 19, 2006 at approximately 2010 hours, the defendant was observed exiting a metrorail train at the Rhode Island metro stop and followed by law enforcement agents. The defendant was observed at the location where metro passes are sold and was stopped and placed under arrest. The defendant was wearing the identical clothing that he indicated to "kalishopper2" that he would be wearing. The defendant was advised of his <u>Miranda</u> rights and after waiving his rights in writing, he gave a videotaped statement to Detective Timothy Palchak.

The defendant admitted that he did travel from Maryland to Washington, D.C. to meet a thirteen-year-old female with whom he had engaged in internet chatting and who he knew as "kali". He described the female as a young blonde with long hair. During the course of the internet contact with the defendant, Detective Palchak had forwarded by e-mail to the defendant a photograph of a blonde female child approximately thirteen years old..

_____
DETECTIVE TIMOTHY PALCHAK
METROPOLITAN POLICE DEPARTMENT

Subscribed and sworn to before me this _____ day of May, 2006

_____
U.S. MAGISTRATE JUDGE