UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 06-236M |
| | : | |
| v. | : | |
| | : | VIOLATIONS: |
| **RODGER ARNTT II,** | : | |
| | : | 18 U.S.C. § 2423(b)(Travel with intent |
| Defendant. | : | to Engage in Illicit Sexual Conduct) |
| | : | 18 U.S.C.§ 2422(b)(Attempt to Entice a |
| | : | Minor to Engage in Sexual Activity) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about May 19, 2006, the defendant, **RODGER ARNTT II**, did knowingly travel in interstate commerce, that is, from the State of Maryland to the District of Columbia, for the purpose of engaging in illicit sexual conduct, to wit: a sexual act (as defined in Title 18, United States Code, Section 2246) with a person under eighteen years of age, and said sexual act would be in violation of Chapter 109A of Title 18, United States Code, specifically, 18 U.S.C. §2243, if the sexual act occurred in the special maritime and territorial jurisdiction of the United States.

(**Travel with Intent to Engage in Illicit Sexual Conduct**, in violation of Title 18, United States Code, Section 2423(b)).

**COUNT TWO**

On or about May 19, 2006, in the District of Columbia and elsewhere, the defendant, **RODGER ARNTT II**, did knowingly attempt to persuade, induce, entice or coerce a person under eighteen years of age to engage in sexual activity under such circumstances as would constitute a criminal act under Title 22, District of Columbia Code, Section 3008, by using a facility, that is, a computer and modem, connected to the Internet, which affected interstate commerce.

(**Attempt to Entice a Minor to Engage in Sexual Activity,** in violation of Title 18, United States Code, Section 2422(b)).

A TRUE BILL

FOREPERSON

Attorney of the United States in
and for the District of Columbia