UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 28 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | Criminal No. 06-160 (RBW) |
| RODGER ARNTT, II, ) | |
| Defendant ) | |

## ORDER

On June 28, 2006, the defendant appeared before this Court for an initial status conference. Upon further reflection, this Court is compelled to alter the conditions of the defendant's release. In addition to the conditions of release set forth by Magistrate Judge Alan Kay on May 22, 2006, it is hereby this 28th day of June, 2006,

**ORDERED** that the defendant shall have no contact with anyone under the age of eighteen, except for his own children. It is further

**ORDERED** that the defendant shall not access a computer for illegal purposes. It is further

**ORDERED** that the defendant shall not access a computer in order to have any conversation or discussion or to contact in any way anyone under the age of eighteen. This includes, among other things, discussions or conversations with anyone under the age of eighteen through email, list severs, discussion groups, blogs, or instant messenger services. Nor shall the defendant access any website that contains personal information or profiles of anyone under the age of eighteen, e.g., www.myspace.com.

**SO ORDERED.**

_____
Reggie B. Walton
United States District Judge