IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 06-CR-160- |
| | § | |
| RODGER ARNTT, JR. | § | |

## NOTICE OF APPEARANCE OF COUNSEL

The Defendant Rodger Arntt, Jr., through his attorney Patrick J. McLain, hereby notifies the Court and the parties his counsel in this case will be Patrick J. McLain. By this notice, Defendant Arntt intends to relieve Assistant Federal Public Defender Tony L. Axam, Jr. of any duties as counsel for the defense in this case. All future pleadings, notices, and correspondence should be directed to Patrick J. McLain at the address below.

Respectfully submitted,

/s/ Patrick J. McLain
_____
Patrick J. McLain
Attorney for Defendant Rodger Arntt, Jr.
Texas State Bar No. 13737480
(U.S. District Court for the District of Columbia Bar number not yet issued as of 14 Aug 06)
970 Mobley Road
Cedar Hill, Texas 75104-1519
Telephone: 214.740.9955
Facsimile: 214.740.9912

**Notice of Appearance of Counsel (Arntt Case No. 06-CR-160) - Page 1**

CERTIFICATE OF SERVICE

       I hereby certify that a copy of the foregoing was served on the U.S. Attorney for the Northern District of Texas and former defense counsel for Defendant Rodger Arntt, Jr. set forth below in accordance with the Federal Rule of Criminal Procedure 49 on this 15th day of August, 2006.

    Julieanne Himelstein
    Assistant U.S. Attorney
    Office of the U.S. Attorney
    District of Columbia
    Judiciary Center
    555 Fourth Street NW
    Washington, D.C. 2001

    Tony L. Axam, Jr.
    Assistant Federal Public Defender
    Office of the Federal Public Defender
    625 Indiana Avenue NW, Suite 550
    Washington, DC 20004

                                                */s/ Patrick J. McLain*
                                          _____
                                          Patrick J. McLain
                                          Attorney for Defendant Rodger Arntt, Jr.