UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) <br> ) |
| v. | ) <br> ) Criminal No. 06-160 (RBW) <br> ) |
| RODGER ARNTT, II, | ) <br> ) |
| Defendant. | ) <br> ) <br> ) |

**ORDER**

This matter came before the Court on July 19, 2006, for a status conference. During the status conference, the Court established deadlines for the filing of pretrial motions. The defendant has failed to comply with the deadlines set by the Court as it relates to the filing of pretrial motions, including but not limited to, a motion to suppress statements. Having failed to comply with the deadlines established by the Court for the filing of pretrial motions, it is hereby this 15th day of August, 2006,

**ORDERED** that the defendant shall show cause by 1:00 pm (EST) on Wednesday, August 16, 2006, why his failure to comply with the pretrial motions deadline established by this Court should not be considered as a concession that there is no legal basis for the filing of such motions.[1]

---

[1] If the defendant does not intend to file any pretrial motions, including but not limited to, a motion to suppress statements, counsel for the defendant should have so advised the Court prior to the expiration of the designated filing date.  In any event, if the defendant does not

**SO ORDERED.**

REGGIE B. WALTON
United States District Judge

---

intend to file any motions, he shall so advise the Court immediately.