IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 06-160 (RBW) |
| | ) | |
| RODGER ARNTT, II | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

RESPONSE TO ORDER TO SHOW CAUSE

1. **Nature of response**.  In response to the Order to Show Cause issued and filed by this Court on 15 August 2006, the Defendant Rodger Arntt, Jr., through his attorney Patrick J. McLain, states that the Defense has no pretrial motions.  Additionally, this Response includes a request to commence the Defense case-in-chief on 5 September 2006.

2. **Discussion**  At a pretrial conference on 19 July 2006, attorney McLain participated by telephone by leave of this court, since he was not yet a member of the Bar of this Court and therefore unable to make an appearance.  At that hearing, attorney McLain stated that the only possible motion that he could anticipate might be a motion to suppress videotaped statements made by Defendant Arntt, which the Defense knew to be in possession of the Government.  On 19 July 2006, attorney McLain had not yet received discovery from the Government, to include two videotaped interviews of Defendant

**Notice of Appearance of Counsel (Arntt Case No. 06-CR-160) - Page 1**

Arntt, which have since been delivered to attorney McLain by the Government. Thus, counsel for the Defense had not yet had the opportunity to study the statements, much less determine the need for a motion to suppress. At the pretrial conference on 19 July 2006, the Court directed both parties to submit any pretrial motions by 9 August 2006.

Attorney McLain was admitted to the Bar of this Court on the earliest date available to the Court, 7 August 2006; however, attorney McLain did not have access to this Court's electronic filing system on 9 August 2006. That matter was rectified by 14 August 2006, and attorney McLain then filed his formal Notice of Appearance. On 14 August 2006, attorney McLain discussed with counsel for the Government the possibility of requesting leave of the Court and filing a late pretrial motion for suppression of the aforementioned statements. After discussion with counsel for the Government and further research, the Defense decided not to file a motion to suppress those statements or any other pretrial motions at this time. The principal reason for this decision is that counsel for the Government has stated that she was certain that she would not be offering either statement into evidence in her case-in-chief. That representation by Assistant U.S. Attorney Himelstein, as well as other matters discovered in the course of preparation of the case, resulted in the decision to not file a motion to suppress these statements.

If the Court directed an affirmative statement by the defense to that effect, by 9 August 2006, the Defense regrets failing to understand and comply with such an order. At this time, the Government still has Defense discovery requests to which the

Government must respond, but the Defense has no reason to believe that the Government is not acting diligently on those requests. Additionally, the parties have not yet exchanged witness lists, but at this time, the Defense is not aware of any issue that would arise upon receipt of the Government's witness list.

.Regarding witnesses, the Defense requests that the Court direct the schedule in this case to allow for the start of the Defense case-in-chief no earlier than Tuesday 5 September 2006. At the pretrial conference on 19 July 2006, the Court set Monday 28 August 2006 as the date to handle pre-trial matters, and the trial of this case was set to commence on 29 August, carry on to 30 August, and then adjourn to 5 September, after the Labor Day holiday weekend. The Defense requests to commence its case-in-chief on 5 September 2006 due to the availability of its witnesses, the cost of their production, and efficiency of the case.

The Defense intends to call two, possibly three witnesses, and they are all from the state of Washington. Their professional and family responsibilities are such that it would cause a great deal of hardship if they were to arrive in the District of Columbia on 28 August to serve as witnesses but not be called before adjournment on 30 August 2006. Permitting them to travel at the end of the Labor Day weekend to give their testimony on 5 September, or whenever the Government's case-in-chief is complete, would avoid creating that hardship for each of those witnesses. Defendant Arntt will be paying for the travel, lodging, and expert witness fees of these witnesses. If the witnesses are kept in

"stand-by mode" from 28-30 August and do not testify, or if they need to be recalled on the week following Labor Day, then those expenses will be unnecessarily increased. Furthermore, though the Government counsel has not yet provided her witness list to the Defense, the Defense anticipates that the examination of the expected Government witnesses, both direct and cross, would take the Government's case-in-chief through 30 August 2006.

3.  **Request for relief**.   Finally, the Government is not aware of any reason why commencing the Defense case-in-chief on 5 September would cause any inconvenience or harm to this Court or either party.  Therefore, the Defense respectfully requests that, at the next pretrial conference in this case, this Court schedule the Defense's case-in-chief to begin on 5 September 2006, or any date thereafter, should the Government's case-in-chief extend beyond 30 August 2006.

Respectfully submitted,

*/s/ Patrick J. McLain*

_____
Patrick J. McLain
Attorney for Defendant Rodger Arntt, II
Texas State Bar No. 13737480
(U.S. District Court for the District of Columbia
Bar number not yet issued as of 14 Aug 06)
970 Mobley Road
Cedar Hill, Texas  75104-1519
Telephone: 214.740.9955
Facsimile:  214.740.9912

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was served on the U.S. Attorney for the District of Columbia set forth below in accordance with the Federal Rule of Criminal Procedure 49 on this 16th day of August, 2006.

    Julieanne Himelstein
    Assistant U.S. Attorney
    Office of the U.S. Attorney
    District of Columbia
    Judiciary Center
    555 Fourth Street NW
    Washington, D.C. 2001

                                    */s/ Patrick J. McLain*
                                  _____
                                  Patrick J. McLain
                                  Attorney for Defendant Rodger Arntt, II