**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

SEP    6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Criminal No.: 06-160** |
| | ) | **(RBW)** |
| **RODGER ARNTT II,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

Upon consideration of the defense counsel's concern that the defendant, Rodger Arntt, II, poses a safety risk to himself, and the Court's conclusion that there is reason to believe that the defendant poses a suicide risk based on his prior mental history and suicide watch status with the United States Navy, it is this 6th day of September, 2006

ORDERED, that the defendant shall be placed on suicide watch by the District of Columbia Department of Corrections or by whomever has custody of the defendant pending his sentencing.

Reggie B. Walton
United States District Court Judge