UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 06-160 (RBW)
)
RODGER ARNTT, II )
)
Defendant. )

## VERDICT FORM

Count One:

As to the charge of traveling in interstate commerce with the intent to engage in illicit sexual conduct, we the jury find the defendant:

Not Guilty _____

Guilty ___✓_____

Count Two:

As to the charge of attempting to entice a minor child to engage in sexual activity through the use of a facility of interstate commerce, we the jury find the defendant:

Not Guilty _____

Guilty ___✓_____

_____
FOREPERSON

9/6/06
_____
DATE

If you agree with the verdict as indicated by your foreperson, please sign your name below: