UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
SEP 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.                              Criminal Action No. 06-160

RODGER ARNTT, II

### JURY NOTES

① Request to watch tape of interview by George Taylor (exhibit 48)

9/6/06
Date

10:30 AM
Time

_____
Foreperson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
SEP 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.                              Criminal Action No. 06-160

RODGER ARNTT, II

## JURY NOTES

> We have made unanimous decisions on both counts

9/6/06
Date

11:15 AM
Time

Foreperson