IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 06-160 (RBW) |
| | ) | |
| RODGER ARNTT, II | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE OF SENTENCING HEARING

1. **Nature of motion**. The defendant, Rodger Arntt, II, by and through his undersigned attorney, makes this unopposed motion for a delay in the sentencing hearing in this case until on or after 29 January 2007.

2. **Facts**. On 6 September 2006, the Defendant was found guilty on both counts of the indictment, and this Court accepted that verdict and set the sentencing date for 8 December 2006. The presentence report was due on 15 November 2006. On 5 October 2006, this Court reset the sentencing date for 21 December 2006.

Counsel for the Defense received his mailed copy of the presentence report on 20 November 2006. Defendant Arntt does not yet have a copy. Since 13 November 2006, Defendant Arntt's counsel made daily attempts to arrange a telephonic meeting with Defendant Arntt, who is being detained at the District of Columbia jailhouse, to discuss

the presentence report. Personnel at the District of Columbia jailhouse, from the warden on down, directed counsel for the defense to just one person to arrange this meeting, and she has not answered our daily phone calls to date. That one person does not answer her phone, does not return voicemail messages, and frequently permits her voicemail inbox to collect so many messages that her inbox will not permit additional voicemail messages. All this was explained to her immediate supervisor and others in her "chain of command", but counsel for the defense was still directed solely to her. Counsel for the defense was able to obtain the assistance of a District of Columbia jailhouse employee who took pity on the defense's plight, and this person arranged a phone call with Defendant Arntt on 1 December 2006. During that phone call, counsel for the defense learned that Defendant Arntt did not have a copy of his presentence report, so a copy of the presentence report has been sent to him.

   The defense intends to submit objections to the presentence report, but Defendant Arntt wishes to see the presentence report and consult with counsel before these objections are submitted. Counsel for the defense had already made travel arrangements to be in the District of Columbia for the sentencing hearing on 21 December 2006, and if this delay is granted, counsel for the defense will use that trip to review the presentence report with Defendant Arntt.

   Defendant Arntt's conviction has resulted in administrative discharge proceedings by his employer, the U.S. Navy, and he is also currently in a no pay status. Thus, the

defendant's wife has had to assume the role of income provider for the family, and she has also sold their home to raise funds and move to more affordable housing.  She is saving to pay for her travel, attorney travel expenses, and the travel expenses of one or two defense sentencing witnesses.

3.  **Discussion**.  The delay in delivery of the presentence report to the defense counsel and the defendant, as well as the lack of access of the attorney and client has precluded adequate time and ability to prepare objections to the presentence report.  The change in the defendant's financial situation has made it more difficult for the defendant and his family to assist in their defense.  A delay in the sentencing hearing would afford her time to be able to raise the financial support for her husband's defense.

The presentence report currently calculates that the U.S. Sentencing Guidelines confinement range between 78 and 97 months.  Therefore, a delay in the sentencing hearing could only inure to the benefit of the defendant, and it would cause prejudice to his case in any way.  There is no prejudice to the Government in the delay of this sentencing hearing, and as stated below, counsel for the Government does not oppose this request.

4.  **Request for relief**.  For all these reasons, the defense in this case respectfully requests that the Defense be permitted to submit its objections to the presentence report on or

before 29 December 2006, and the defense requests that this Court order a delay in the sentencing hearing in this case until 29 January 2006, or such date thereafter available to this Court.

                                              Respectfully submitted,

                                              */s Patrick J. McLain*

                                              _____
                                              Patrick J. McLain
                                              Attorney for Defendant Rodger Arntt, II
                                              U.S. District Court for the District of Columbia
                                              Bar number TX0041
                                              970 Mobley Road
                                              Cedar Hill, Texas  75104-1519
                                              Telephone: 214.740.9955
                                              Facsimile:  214.740.9912

CERTIFICATE OF CONFERENCE

On the week of 27 November 2006, attorney for the defendant conferred with Assistant U.S. Attorney Julieanne Himelstein, and she stated that the Government does not oppose this request for continuance.

/s Patrick J. McLain
_____
Patrick J. McLain
Attorney for Defendant Rodger Arntt, II

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed to the U.S. Attorney for the District of Columbia set forth below in accordance with the Federal Rule of Criminal Procedure 49 on this 5th day of December, 2006.

Julieanne Himelstein
Assistant U.S. Attorney
Office of the U.S. Attorney
District of Columbia
Judiciary Center
555 Fourth Street NW
Washington, D.C. 2001

Reneé Moses-Gregory
U.S. Probation Officer
U.S. Probation Office
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, NW, Suite 2800
Washington, D.C. 2001-2866

/s Patrick J. McLain
_____
Patrick J. McLain
Attorney for Defendant Rodger Arntt, II