IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 06-160 (RBW) |
| ) | |
| RODGER ARNTT, II ) | |
| ) | |
| Defendant ) | |

### ORDER

Upon consideration of the Defendant's Unopposed Motion for Continuance of Sentencing Hearing, it is hereby this day 6th of December, 2006,

ORDERED that Defendant's Unopposed Motion for Continuance of Sentencing Hearing is hereby GRANTED. The sentencing hearing is rescheduled for February 2nd, 2007 at 11:45 am.

**SO ORDERED.**

Reggie B. Walton
United States District Judge