UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

FEB 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No.: 06-160 |
| ) | (RBW) |
| RODGER ARNTT II, ) | |
| ) | |
| Defendant. ) | |

ORDER

Upon consideration of the defense counsel's request that the defendant, Rodger Arntt, II, is provided a haircut and shave by the District of Columbia Department of Corrections in preparation for his sentencing hearing scheduled for February 2, 2007, it is this 1st day of February, 2007

**ORDERED**, that the defendant shall be provided a haircut and shave by the District of Columbia Department of Corrections in preparation for his sentencing hearing scheduled for February 2, 2007.

Reggie B. Walton
United States District Court Judge