January 31, 2007

Your Honor:

SUBJECT: LETTER OF SUPPORT FOR ROGER ARNTT

    Roger Arntt's duty station was at the Naval Hospital Bremerton, WA in the staff education and training department (SETD). He was the Leading Chief Petty Officer for SETD and the command educational service officer and also provided over site on enlisted advancement examinations for the hospital and the Naval Branch Health Clinics at Bangor, and Puget Sound Naval Shipyard. He was preceptor for all Enlisted personnel and Officers checking into the command for educational opportunities.

    Roger Arntt took over my duties in staff education and training after my forward deployment in support of Operation Iraqi Freedom. He took over with little turnover and was noted to have done a very good job. He was an active part of the Naval Hospital Bremerton Chief's Mess and helped both his fellow Chief's and enlisted personnel as well. Although I do not condone his actions I ask that you take into consideration his years of active duty service, serving his country and the positive things he brought to the many junior Sailors he helped over the years. I would also ask that the Arntt family be spared any hardship when handing down his sentencing.

    If you have any questions, feel free to contact me at (619) 851-0990.

Sincerely,

*C. C. Lovelace*

C. C. LOVELACE

21 November 2006

Patrick McLain
One McKinney Place
3131 McKinney Avenue, Suite 800
Dallas, Texas 75204-7426
Phone:   214.740.9955, ext. 227

Dear Patrick McLain;

SUBJECT:  LETTER OF SUPPORT ICO RODGER ARNTT

    I am writing this letter upon request of Rodger and Lynette Arntt.  My name is HMC Bradley B. Weiss; I am currently assigned to Navy Personnel Command, Millington, TN.  I worked with Rodger Arntt, while assigned as the Command Career Counselor, 3D Medical Battalion, 3D Marine Logistics Group, (formerly 3D FSSG), Okinawa, Japan.  During the short tenure that I worked with Rodger Arntt; I found him to be an articulate, professional and career oriented Naval Leader.

    I had the pleasure of serving with Rodger Arntt, both on a personal and professional level.  Professionally, Chief Arntt was a tremendous professional mentor and teacher for the Sailors assigned to Bravo Surgical Company, 3D Medical Battalion, Okinawa, Japan.  Rodger Arntt brought years of fleet experience with him, and used that knowledge, day or night, to help guide junior Sailors and peers alike to set achievable career goals.  His passion as a Chief Petty Officer and as a person was to get to know the wants and needs of his Sailors, setting career milestones and goals to provide every Sailor the opportunity to excel.  Rodger Arntt's demeanor was nothing less than admirable.

    Personally, Chief Rodger Arntt was assigned as my sponsor while transitioning into the rank of Chief Petty Officer.  Seasoned Chief Petty Officers are hand selected for the assignment as a sponsor, as they are your first introduction into your new fraternity of the Chief Petty Officer and is not taken likely.  Rodger was accessible 24 hours a day, always available to listen, mentor and participate in all training evolutions. He became my first brother in the Chief Petty Officer community.  I feel privileged to have served with him.

    If you have any questions please feel free to contact me. HMC(FMF) Bradley B. Weiss, (901)-874-3799 or via email bradley.weiss@navy.mil.

Very Respectfully,

B. B. WEISS

15 Nov 2006

From: Roger D. Meester
To:   Administrative Board Members

Subj: ADMINISTRATIVE HEARING ICO HMC RODGER ARNTT

Ref: a) MILPERSMAN 1910-302
     b) MILPERSMAN 1910-304

1. This letter is written in reference to the Administrative Board members who are deciding the discharge status of HMC Rodger Arntt. I am writing this letter in the hopes that its contents will be taken into consideration when rendering your decision for HMC Arntt's case.

2. I am the Food Service Department Head for the Naval Hospital Bremerton. I have worked here for over 25 years and have seen many military staff come and go over the years. Of the many staff that have come through my facility for meals, or those whom I've worked with on committees and attended meetings with, very few have actually stood out as being outstanding in character. HMC Arntt happens to be one of those few. I say this with pride as I have seen his work ethic when he worked in the Staff Education and Training Department as their Leading Chief Petty Officer. I have also seen his caring nature and family orientated focus from being involved with his family in church and at birthday and graduation celebrations for his children.

3. I have reviewed references (a) and (b) and understand that there is considerable leeway in how your decision can be rendered. Reference (a) states; "Due consideration shall be given to the member's length of service, grade, aptitude, and physical and mental condition." Under this consideration I would have to say that his service and commitment to the military has been nothing short of outstanding during his 19+ years. His honors and medals speak for themselves. He has worked hard as a leader, mentor, healer (his profession) and counselor for hundreds of sailors under his watch.

4. The one aspect of HMC Arntt's demeanor that has **not** been duly considered to date by the military or the civil authorities, is his mental condition which is the direct result of his being molested by his father as a child. I can personally relate to the mental devastation this type of trauma can cause, as my own two daughters (ages four (4) and six (6) at the time) were molested on numerous occasions by a perpetrator. After several years of counseling and therapy for my daughters and myself, I fully understand how the weight of this type of humiliation experienced by HMC Arntt as a ten (10) year old boy could have slowly grown into an unexplainable and unthinkable mindset in which there seems to be no hope or help to be found. In a military environment, anyone, let alone a Chief Petty Officer would surely be ostracized and condemned professionally if he or she sought help for their true inner feelings regarding a matter of this nature. Although privacy act and health information are

protected by law, all of us know that leaks occur and that rumors spread quickly in a military environment. Not all members hold the standards of privacy sacred and these people are the reason that the laws were written to provide penalties for those who break them. These same people who break those laws are the very reason that someone such as HMC Arntt would not be able to seek help for the feelings or behaviors he was exhibiting.

5. This matter is very uncomfortable to discuss openly even for those who haven't been affected directly. Imagine for a moment if you had a family member, your husband or wife, brother or sister, who may have had the same thing happen to them as a child. How would you feel about the victim of such an act? How would you feel about the perpetrator? Now imagine that this victim was you. Now imagine for a moment that the same perpetrator who molested you did the same thing to your own son? This is what HMC Arntt was carrying around for his daily baggage. This would overwhelm anyone with or without counseling. Would you want to watch your life be stripped from you, your family gone, your character, regardless of your lifelong accomplishments being drug down without a single mention of why you may have the problem you do? I know that these questions do not apply to you but I want you to actually consider the situation that you are dealing with and how you would want someone to help you if it were your career and life in their hands.

6. I pray that you won't let this member of the armed forces go down dishonorably! If he was a wounded soldier or sailor, and right now he is, believe me, would you abandon him in the field thinking he wasn't worth saving or worth helping him get the help he needed? HMC Arntt has gone through a terrible series of events throughout his life and has still overcome adversity and risen to the coveted level of Chief Petty Officer. Due to his mental state which was caused by a life of denial and suppression of feelings, all that has been stripped from him.

7. I pray that you will consider saving this sailor by granting him a General Discharge so that his honorably served time can still be counted for something positive later in his life. You and I know that he will never be the same, no matter what help he is able to get in the future. I pray that you give him a chance to get the help he needs to heal spiritually, mentally, and physically, which will then allow him to be a productive member of society again.

8. Lastly, I thank you for your time and consideration of the mitigating circumstances which lead to this unfortunate hearing.

Very Respectfully,

Roger D. Meester

2

| BY A VOTE OF | | The board recommends (ELS/HON/GEN/OTH) |
|---|---|---|
| 3 | 0 | HONORABLE |

Signatures:

_[signature]_     _[signature]_ HMCS     _[signature]_ LCDR/NC
Senior Member          Member              Member

Dissenting member comments and signature
_____
_____
_____
_____
_____
_____

I do/do not intend to submit a letter of
Deficiency.  _[signature]_ LT, JAGC, USN
(Signature of Counsel for Respondent)

    A letter of deficiency must be received by the Convening Authority no later than the fifth (or more if approved by the Convening Authority) working day from the end of the Board, or prior to member's expiration of active obligated service (EAOS), whichever is sooner. If no letter of deficiency is received by the time designated, such will be deemed a waiver, and the record will be forwarded without it. Convening authorities are not required to allow counsel for respondent (or member) to review the record of proceedings, summarized testimony of witnesses, or exhibits before sending the case to the Separation Authority. Counsel for the respondent will receive a copy of the record of proceedings when it is forwarded.

SM: The board is adjourned (time and date). 1345, 17 NOV 06

_[signature]_
Signature of senior member
    Note: Findings and recommendations as well as dissenting member's statement/signature and counsel for respondent's letter of deficiency intent should be completed and signed immediately following the conclusion of the board.

12

# DEPARTMENT OF THE NAVY

## THIS IS TO CERTIFY THAT
## THE SECRETARY OF THE NAVY HAS AWARDED THE

# NAVY AND MARINE CORPS ACHIEVEMENT MEDAL
(SILVER STAR IN LIEU OF SIXTH AWARD)

### TO

CHIEF HOSPITAL CORPSMAN (FLEET MARINE FORCE/SURFACE WARFARE) RODGER J. ARNTT II
UNITED STATES NAVY

### FOR

PROFESSIONAL ACHIEVEMENT WHILE SERVING AS SENIOR ENLISTED LEADER, BRAVO COMPANY, 3D MEDICAL BATTALION, 3D MARINE LOGISTICS GROUP, MARINE FORCES PACIFIC, FROM NOVEMBER 2004 TO DECEMBER 2005. DURING THIS PERIOD, CHIEF ARNTT PERFORMED HIS DEMANDING DUTIES IN AN EXEMPLARY AND HIGHLY PROFESSIONAL MANNER. HE CONSISTENTLY DEMONSTRATED STRONG LEADERSHIP AND MENTORSHIP TO 87 JUNIOR SAILORS ENSURING THE MEDICAL SUPPORT FOR OVER 5000 MARINES AND SAILORS ON CAMP HANSEN. HIS SUCCESSFUL IMPLEMENTATION OF A CAREER REVIEW BOARD PROGRAM RESULTED IN 100% CONTACT, THREE RE-ENLISTMENTS AND AN ADVANCEMENT STUDY PROGRAM RESULTING IN 33 ADVANCEMENTS. HE INTEGRATED FIVE TENANT COMMANDS INTO WATCH STANDING AT THE CAMP HANSEN CLINIC ENSURING WATCH STANDING EQUITY. CHIEF ARNTT'S INITIATIVE, PERSEVERANCE, AND TOTAL DEDICATION TO DUTY REFLECTED GREAT CREDIT UPON HIMSELF AND WERE IN KEEPING WITH THE HIGHEST TRADITIONS OF THE UNITED STATES NAVAL SERVICE.

GIVEN THIS 29TH DAY OF NOVEMBER 2005



FOR THE SECRETARY OF THE NAVY

D. R. DAVIS
CAPT, MSC, USN
COMMANDING OFFICER



NAVSO 1650/12 (REV. 7-89)
S/N 0104-LF-982-3000

# DEPARTMENT OF THE NAVY

THIS IS TO CERTIFY THAT
THE SECRETARY OF THE NAVY HAS AWARDED THE

## NAVY AND MARINE CORPS ACHIEVEMENT MEDAL

GOLD STAR IN LIEU OF FIFTH AWARD



TO

CHIEF HOSPITAL CORPSMAN (SW) RODGER J. ARNTT II, UNITED STATES NAVY

FOR

PROFESSIONAL ACHIEVEMENT IN THE SUPERIOR PERFORMANCE OF HIS DUTIES WHILE SERVING AS A FIRE FIGHTING INSTRUCTOR AND THE COMMAND MEDICAL DEPARTMENT REPRESENTATIVE FROM JUNE 2001 TO OCTOBER 2004. HIS EFFORTS SIGNIFICANTLY ENHANCED TRAINING SAFETY IN A MODERATE-RISK TRAINING ENVIRONMENT. HE LED 7 PERSONNEL TO SUCCESSFULLY BECOME EMERGENCY MEDICAL TECHNICIANS AND CERTIFIED OVER 360 PERSONNEL IN CARDIO PULMONARY RESUSCITATION. HE REDUCED CLASS FOUR DENTAL READINESS BY 75 PERCENT AND INCREASED OVERALL COMMAND READINESS TO NEARLY 100 PERCENT IN COMPLIANCE WITH DIRECTIVES FOR OPERATIONAL READINESS. CHIEF ARNTT'S PERSONAL INITIATIVE AND UNSWERVING DEVOTION TO DUTY REFLECTED CREDIT UPON HIMSELF AND WERE IN KEEPING WITH THE HIGHEST TRADITIONS OF THE UNITED STATES NAVAL SERVICE.

GIVEN THIS 5TH DAY OF OCTOBER 2004



FOR THE SECRETARY OF THE NAVY

R. H. MOYER
CAPTAIN, U.S. NAVY
TRIDENT TRAINING FACILITY, BANGOR

# DEPARTMENT OF THE NAVY

## THE SECRETARY OF THE NAVY HAS AWARDED THE

## NAVY AND MARINE CORPS ACHIEVEMENT MEDAL

(GOLD STAR IN LIEU OF FOURTH AWARD)

TO

HOSPITAL CORPSMAN FIRST CLASS (SURFACE WARFARE/FLEET MARINE FORCE) RODGER J. ARNTT II, UNITED STATES NAVY

FOR

FOR PROFESSIONAL ACHIEVEMENT WHILE SERVING AS LEADING PETTY OFFICER, USS COMSTOCK (LSD 45) FROM MAY 1997 TO MARCH 2001. PERFORMING A MYRIAD OF DEMANDING DUTIES, PETTY OFFICER ARNTT DISTINGUISHED HIMSELF AS A CONSCIENTIOUS AND METICULOUS HOSPITAL CORPSMAN, AND AN OUTSTANDING LEADER AND TRAINER. DISPLAYING SUPERB MANAGERIAL SKILL, PETTY OFFICER ARNTT AUTHORED A COMPREHENSIVE MEDICAL SUPPLY STANDARD OPERATING PROCEDURE MANUAL (SOP) AND SINGLE-HANDEDLY INSTALLED THE COMSTOCK SNAP AUTOMATED MEDICAL SYSTEM (SAMS) PROGRAM. HIS TECHNICAL EXPERTISE STREAMLINED THE SUPPLY ADMINISTRATIVE PROCUREMENT PROCESS AND ENHANCED MONITORING OF COMSTOCK'S NAVMOSH MEDICAL SURVEILLANCE PROGRAMS. PETTY OFFICER ARNTT'S PERSONAL STANDARDS, SUPERIOR INITIATIVE, ENTHUSIASM AND LOYAL DEDICATION TO DUTY REFLECTED CREDIT UPON HIMSELF AND WERE IN KEEPING WITH THE HIGHEST TRADITIONS OF THE UNITED STATES NAVAL SERVICE.

GIVEN THIS 1ST DAY OF APRIL 2001



SECRETARY OF THE NAVY

FOR THE
S. M. HARRIS
COMMANDER, U.S. NAVY
CO, USS COMSTOCK (LSD 45)

NAVSO 1650:12 (REV. 7-89)

# DEPARTMENT OF THE NAVY

THIS IS TO CERTIFY THAT
THE SECRETARY OF THE NAVY HAS AWARDED THE

## NAVY AND MARINE CORPS ACHIEVEMENT MEDAL

(GOLD STAR IN LIEU OF THIRD AWARD)

TO

HOSPITAL CORPSMAN FIRST CLASS (SURFACE WARFARE/FLEET MARINE FORCE) RODGER J. ARNTT, UNITED STATES NAVY

FOR

PROFESSIONAL ACHIEVEMENT WHILE SERVING AS MEDICAL DEPARTMENT LEADING PETTY OFFICER, USS COMSTOCK (LSD 45) AND HIS SELECTION AS THE 1999 SAILOR OF THE YEAR FROM JANUARY TO DECEMBER 1999. PETTY OFFICER ARNTT CONSISTENTLY PERFORMED HIS DEMANDING DUTIES IN AN EXEMPLARY AND HIGHLY PROFESSIONAL MANNER. DESPITE THE CHALLENGES OF DECREASED MANNING AND AN INCREASED WORKLOAD, HE RESOURCEFULLY MANAGED THE CARE OF OVER 2000 PATIENTS DURING COOPERATION AFLOAT READINESS AND TRAINING (CARAT) 99. HE ALSO ASSISTED IN THE DEVELOPMENT AND PRESENTATION OF AN EXCEPTIONAL MEDICAL EVACUATION BRIEF THAT FOSTERED FOREIGN MILITARY RELATIONS AND FACILITATED BILATERAL TRAINING OPERATIONS WITH THAI AND MALAYSIAN NAVIES. PETTY OFFICER ARNTT'S EXCEPTIONAL ACHIEVEMENTS AND TOTAL DEVOTION TO DUTY REFLECTED GREAT CREDIT UPON HERSELF AND WERE IN KEEPING WITH THE HIGHEST TRADITIONS OF THE UNITED STATES NAVAL SERVICE.

GIVEN THIS    22ND    DAY OF    JUNE    2000



FOR THE SECRETARY OF THE NAVY
S. M. HARRIS
COMMANDER, U.S. NAVY
COMMANDING OFFICER, USS COMSTOCK (LSD



NAVSO 1650/2 (REV 7-89)
S/N 0104-LF-982-3000

# DEPARTMENT OF THE NAVY

THIS IS TO CERTIFY THAT
THE SECRETARY OF THE NAVY HAS AWARDED THE

## NAVY AND MARINE CORPS ACHIEVEMENT MEDAL

(GOLD STAR IN LIEU OF THE SECOND AWARD)

TO

HOSPITAL CORPSMAN SECOND CLASS (SURFACE WARFARE/FLEET MARINE FORCE) RODGER J. ARNTT II, UNITED STATES NAVY

FOR

PROFESSIONAL ACHIEVEMENT WHILE SERVING AS HOSPITAL CORPSMAN, USS COMSTOCK (LSD 45) FROM OCTOBER 1998 TO MARCH 1999. PETTY OFFICER ARNTT DEMONSTRATED EXCEPTIONAL KNOWLEDGE AND SKILL BY SUPERBLY MANAGING MEDICAL SUPPLY AUTHORIZED MINIMAL MEDICAL ALLOWANCE LIST (AMMAL), DIRECTLY CONTRIBUTING TO THE MEDICAL DEPARTMENT RECEIVING A C-1 STATUS DURING THE FINAL EVALUATION PERIOD AND MEDICAL READINESS ASSESSMENT. HIS DEDICATION TO THE MISSION OF MEDICAL DEPARTMENT CONTRIBUTED SIGNIFICANTLY TO THE DEPARTMENT'S OUTSTANDING MEDICAL READINESS ASSESSMENT. PETTY OFFICER ARNTT'S INITIATIVE, PERSEVERANCE, AND LOYAL DEVOTION TO DUTY REFLECTED CREDIT UPON HIMSELF AND WERE IN KEEPING WITH THE HIGHEST TRADITIONS OF THE UNITED STATES NAVAL SERVICE.

GIVEN THIS 15TH DAY OF JUL 19 99

FOR THE SECRETARY OF THE NAVY
S. G. SMITH
REAR ADMIRAL, U.S. NAVY
COMMANDER, AMPHIBIOUS GROUP THREE




NAVSO 1650/12 (1-05)
S/N 0104-LF-019-3200

# Commanding Officer
# Naval Hospital, Bremerton, WA

The Secretary of the Navy takes pleasure in presenting the

**NAVY ACHIEVEMENT MEDAL** to

**RODGER JUNIOR ARNTT II**

**HOSPITAL CORPSMAN SECOND CLASS**

**UNITED STATES NAVY**

for service as set forth in the following

**CITATION:**

For professional achievement in the superior performance of his duties while serving as Leading Petty Officer, Manpower Management Department, Naval Hospital, Bremerton, Washington from September 1993 to April 1994. Petty Officer Arntt consistently performed his demanding duties in an exemplary and highly professional manner. Demonstrating leadership, vision and a relentless work ethic, he was directly responsible for pronounced improvements in the Temporary Additional Duties Desk. By working with the various departments of the hospital and by streamlining processes involved, he eliminated unnecessary duplication and rework that resulted in a forty-five percent decrease in administrative paperwork. Without any prior experience in working travel requests and orders, he reduced the forty day backlog of unliquidated travel orders to zero in sixty days, thereby complying with the Joint Force Travel Regulations guidelines. As the Command Awards Coordinator, he created an awards manual and routing package which significantly reduced awards processing from seventy to thirty days. Petty Officer Arntt's exceptional professionalism and devotion to duty reflected great credit upon himself and were in keeping with the highest traditions of the United States Naval Service.

For the Secretary of the Navy,

*R. A. Mayo*

R. A. MAYO
Captain, Medical Corps
United States Navy

NHBREM 5850/1 (5-92)






Know ye all by these presents, that

**CHIEF HOSPITAL CORPSMAN**

**RODGER ARNTT**

has successfully completed the established personnel qualification standards and demonstrated the requisite professional skills and competence while serving in

**3D MEDICAL BATTALION**
**3D FORCE SERVICE SUPPORT GROUP**

has qualified as an

**ENLISTED FLEET MARINE FORCE**
**WARFARE SPECIALIST**

In witness thereof this certificate has been signed and a seal affixed hereunto on this 23rd of September 2005

J. T. BUTLER
LCDR, MSC, USN
ACTING



**DEPARTMENT OF THE NAVY**
TRIDENT TRAINING FACILITY, BANGOR
2000 THRESHER AVENUE
SILVERDALE, WASHINGTON 98315-2000

1650
Ser 20/ 0747
04 DEC '03

From: Commanding Officer, TRIDENT Training Facility, Bangor
To:   HMC(SW/FMF) Rodger J. Arntt II, USN, 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

Subj: AWARD OF THE MILITARY OUTSTANDING VOLUNTEER SERVICE MEDAL

Ref:  (a) SECNAVNOTE 1650 of 12 Apr 94

1. Per reference (a), you are authorized to wear the Military Outstanding Volunteer Service Medal for your support of the Boy Scouts of America (Pack 540), Parent Teachers/Students Association (PTSA) of Fairview Junior High, 21st Century Education Committee, and your continued support of the Water for Life Program for the Period of October 2000 to October 2003.

2. Your outstanding efforts raise the Navy's image within the community and the Navy's core values of honor, courage, and commitment to the Nation. For your unselfish efforts, I would like to add my congratulations and thanks for a job well done.

A. M. GALLETTA
Acting

Copy to:
COMNAVPERSCOM (NPC 313C)
Service Record

# FITNESS REPORT & COUNSELING RECORD (E7-O6)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) ARNTT, RODGER J II | 2. Grade/Rate HMC | 3. Desig SW/FMF | 4. SSN 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 |
|---|---|---|---|

| 5. ACT [X]  TAR  INACT  AT/ADSW/265 | 6. UIC 68095 | 7. Ship/Station NAVHOSP BREMERTON | 8. Promotion Status REGULAR | 9. Date Reported 05DEC23 |
|---|---|---|---|---|

| Occasion for Report | Detachment | Detachment of | | Period of Report | |
|---|---|---|---|---|---|
| 10. Periodic [X] | 11. of Individual | 12. Reporting Senior | 13. Special | 14. From: 06MAY25 | 15. To: 06SEP15 |

| 16. Not Observed Report | Type of Report 17. Regular [X]  18. Concurrent  19. Ops Cdr | 20. Physical Readiness P/WS | 21. Billet Subcategory (if any) BASIC |
|---|---|---|---|

| 22. Reporting Senior (Last, FI MI) WILSON, C A | 23. Grade CAPT | 24. Desig 2900 | 25. Title CO | 26. UIC 68095 | 27. SSN |
|---|---|---|---|---|---|

**28. Command employment and command achievements.**
Family Medicine teaching hospital with health care, health promotion, medical education, training and readiness suppport missions. Train, equip and deploy personnel for Fleet Hospital Bremerton and in support of other platforms and operational continguencies.

**29. Primary/Collateral/Watchstanding duties.** (Enter primary duty abbreviation in box.)
CPO  Assigned to Branch Health Clinic, Puget Sound Naval Shipyard-4.
COLL: CPOA Treasurer-4. TV/TAD: 06MAY15-06MAY19; TOOLS Course.

| For Mid-term Counseling Use. (When completing HTREP, enter 30 and 31 from counseling worksheet, sign 32.) | 30. Date Counseled NOT REQ | 31. Counselor | 32. Signature of Individual Counseled |
|---|---|---|---|

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL EXPERTISE: Professional knowledge proficiency, and qualifications. NOB | - Lacks basic professional knowledge to perform effectively. - Cannot apply basic skills. - Fails to develop professionally or achieve timely qualifications. | | - Has thorough professional knowledge. - Competently performs both routine and new tasks. - Steadily improves skills, achieves timely qualifications. | [X] | - Recognized expert, sought after to solve difficult problems. - Exceptionally skilled, develops and executes innovative ideas. - Achieves early/highly advanced qualifications. |
| 34. COMMAND OR ORGANIZATIONAL CLIMATE/EQUAL OPPORTUNITY: Contributing to growth and development, human worth, community. NOB | - Actions counter to Navy's retention/reenlistment goals. - Uninvolved with mentoring or professional development of subordinates. - Actions counter to good order and discipline and negatively affect Command/Organizational climate. - Demonstrates exclusionary behavior. Fails to value differences from cultural diversity. | | - Positive leadership supports Navy's increased retention goals. Active in decreasing attrition. - Actions adequately encourage/support subordinates' personal/professional growth. - Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate. - Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy. [X] | | - Measurably contributes to Navy's increased retention and reduced attrition objectives. - Proactive leader/exemplary mentor. Involved in subordinates' personal development leading to professional growth/sustained commitment. - Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate. - The model of achievement. Develops unit cohesion by valuing differences as strengths. |
| 35. MILITARY BEARING/CHARACTER Appearance, conduct, physical fitness, adherance to Navy Core Values. NOB | - Consistently unsatisfactory appearance. - Unsatisfactory demeanor or conduct. - Unable to meet one or more physical readiness standards. - Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. | | - Excellent personal appearance. - Excellent demeanor or conduct. - Complies with physical readiness program. - Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. [X] | | - Exemplary personal appearance. - Exemplary representative of Navy. - A leader in physical readiness. - Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. |
| 36. TEAMWORK: Contributions towards team building and team results. NOB | - Creates conflict, unwilling to work with others, puts self above team. - Fails to understand team goals or teamwork techniques. - Does not take direction well. | | - Reinforces others' efforts, meets personal commitments to team. - Understands team goals, employs good teamwork techniques. - Accepts and offers team direction. | [X] | - Team builder, inspires cooperation and progress. - Talented mentor, focuses goals and techniques for team. - The best at accepting and offering team direction. |
| 37. MISSION ACCOMPLISHMENT AND INITIATIVE: Taking initiative, planning/prioritizing, achieving mission NOB | - Lacks initiative. - Unable to plan or prioritize. - Does not maintain readiness. - Fails to get the job done. | | - Takes initiative to meet goals. - Plans/prioritizes effectively. - Maintains high state of readiness. - Always gets the job done. | [X] | - Develops innovative ways to accomplish mission. - Plans/prioritizes with exceptional skill and foresight. - Maintains superior readiness, even with limited resources. - Gets jobs done earlier and far better than expected. |

NAVPERS 1610/2 (03-02)

# FITNESS REPORT AND COUNSELING RECORD (E7-O6) (cont'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Grade/Rate | 3. Desig. | 4. SSN |
|---|---|---|---|
| ARNTT, RODGER J II | HMC | SW/FMF | 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 |

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. LEADERSHIP: Organizing, motivating and developing others to accomplish goals. NOB [ ] | - Neglects growth/development or welfare of subordinates.<br>- Fails to organize, creates problems for subordinates.<br>- Does not set or achieve goals relevant to command mission and vision.<br>- Lacks ability to cope with or tolerate stress.<br>- Inadequate communicator.<br>- Tolerates hazards or unsafe practices.<br>[ ] | [ ] | - Effectively stimulates growth/development in subordinates.<br>- Organizes successfully, implementing process improvements and efficiencies.<br>- Sets/achieves useful, realistic goals that support command mission.<br>- Performs well in stressful situations.<br>- Clear, timely communicator.<br>- Ensures safety of personnel and equipment.<br>[ ] | [X] | - Inspiring motivator and trainer, subordinates reach highest level of growth and development.<br>- Superb organizer, great foresight, develops process improvements and efficiencies.<br>- Leadership achievements dramatically further command mission and vision.<br>- Perseveres through the toughest challenges and inspires others.<br>- Exceptional communicator.<br>- Makes subordinates safety-conscious, maintains top safety record.<br>- Constantly improves the personal and professional lives of others.<br>[ ] |
| 39. TACTICAL PERFORMANCE: (Warfare qualified officers only) Basic and tactical employment of weapons systems. NOB [X] | - Has difficulty attaining qualification expected for the rank and experience.<br>- Has difficulty in ship(s), aircraft or weapons systems employment.<br>- Below others in knowledge and employment.<br>- Warfare skills in specialty are below standards compared to others of same rank and experience.<br>[ ] | [ ] | - Attains qualifications as required and expected.<br>- Capably employs ship(s), aircraft, or weapons systems. Equal to others in warfare knowledge and employment.<br>- Warfare skills in specialty equal to others of same rank and experience.<br>[ ] | [ ] | - Fully qualified at appropriate level for rank and experience.<br>- Innovatively employs ship(s), aircraft, or weapons systems. Well above others in warfare knowledge and employment.<br>- Warfare skills in specialty exceed others of same rank and experience.<br>[ ] |

40. I recommend screening this individual for next career milestone(s) as follows: (maximum of two) Recommendations may be for competitive schools or duty assignments such as: LCPO, DEPT CPO, SEA, CMC, CWO, LDO, Dept Head, XO, OIC, CO, Major Command, War College, PG School.   **LCPO**

41. COMMENTS ON PERFORMANCE: * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 34 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 Point) only. Use upper and lower case.

Dedicated to process improvement, committed 20 hours in revising the QuickClot training instruction and presentation to include integration of actual recorded US Army testing on live animals to better demonstrate the use and effects. Expertly researched and compiled justifications for a $138K FY07 budget request for the Staff Education and Training Department, resulting in the purchase and replacement of $80K in antiquated audiovisual equipment for the command. Initiated a $25K facility project for the urgent replacement of a records filing system in the branch health clinic radiology department. Coordinated and implemented a "Jeopardy" team advancement study group using a computer-based interaction and homework assignment program, enabling 18 Sailors to better prepare for advancement examinations. Elected as Treasurer, Naval Hospital Bremerton CPOA. Proactive member of the fundraising committee for this year's CPO Transition Season solicited and coordinated the Chief's Anchor Auction, totaling $1,200 in contributions. Aggressively pursuing a Health Care Administration degree, recently completed Life Sciences Course maintaining a 3.52 GPA. Continues to be a source of motivation to junior Sailors and a resource to the command.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote | 44. Reporting Senior Address |
|---|---|---|---|---|---|---|---|
| 42. INDIVIDUAL | | | | X | | | NAVAL HOSPITAL<br>ONE BOONE RD CODE 011<br>BREMERTON, WA 98312-1898 |
| 43. SUMMARY | [X] | 0 | 0 | 12 | 8 | 5 | |

45. Signature of Reporting Senior   Date: 9/21/06

46. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to make a statement."
I intend to submit a statement. [ ]   do not intend to submit a statement. [ ]

CERTIFIED COPY PROVIDED   Date:

Member Trait Average: 3.67   Summary Group Average: 4.15

47. Typed name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report

Date:

NAVPERS 1618/2 (03-02)

# FITNESS REPORT & COUNSELING RECORD (E7-E9)

| 1. Name (Last, First MI Suffix) ARNTT, RODGER J II | | | | 2. Grade/Rate HMC | 3. Desig FMF / SW | | 4. SSN 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 |
|---|---|---|---|---|---|---|---|
| 5. ACT [X]  TAR [ ]  INACT [ ]  AT/ADSW/265 [ ] | | 6. UIC 67436 | 7. Ship/Station 3D MED BN, 3D MLG | | | 8. Promotion Status REGULAR | 9. Date Reported 04NOV09 |
| Occasion for Report 10. Periodic [ ] | Detachment 11. of Individual [X] | Detachment of 12. Reporting Senior [ ] | | 13. Special [ ] | Period of Report 14. From: 05SEP16 | | 15. To: 05DEC16 |
| 16. Not Observed Report [ ] | Type of Report 17. Regular [X] | | 18. Concurrent [ ] | 19. Ops Cdr [ ] | 20. Physical Readiness P/WS | | 21. Billet Subcategory (if any) NA |
| 22. Reporting Senior (Last, FI MI) MCCUE, M D | | 23. Grade CDR | 24. Desig 2305 | 25. Title CO | | 26. UIC 67436 | 27. SSN 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 |

**28. Command employment and command achievements.**
Deliver responsive and comprehensive Health Service Support in order to preserve the fighting forces of III MEF in combat and Military Operations Other Than War.

**29. Primary/Collateral/Watchstanding duties.** (Enter primary duty abbreviation in box.)
SEL   PRI: Bravo Surgical Company Senior Enlisted Leader-3; managed the daily functions of 86 enlisted personnel. COLL: Assistant Typhoon Watch Officer-3. WATCH: OOD-3; Range Safety Officer-3.

| For Mid-term Counseling Use. | 30. Date Counseled NOT REQ | 31. Counselor | 32. Signature of Individual Counseled |
|---|---|---|---|

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL EXPERTISE NOB [ ] | - Lacks basic professional knowledge to perform effectively. - Cannot apply basic skills. - Fails to develop professionally or achieve timely qualifications. [ ] | [ ] | - Has thorough professional knowledge. - Competently performs both routine and new tasks. - Steadily improves skills, achieves timely qualifications. [ ] | [ ] | - Recognized expert, sought after to solve difficult problems. - Exceptionally skilled, develops and executes innovative ideas. - Achieves early/highly advanced qualifications. [X] |
| 34. COMMAND OR ORGANIZATIONAL CLIMATE/EQUAL OPPORTUNITY NOB [ ] | - Actions counter to Navy's retention/reenlistment goals. - Uninvolved with mentoring or professional development of subordinates. - Actions counter to good order and discipline and negatively affect Command/Organizational climate. - Demonstrates exclusionary behavior. Fails to value differences from cultural diversity. [ ] | [ ] | - Positive leadership supports Navy's increased retention goals. Active in decreasing attrition. - Actions adequately encourage/support subordinates' personal/professional growth. - Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate. - Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy. [ ] | [X] | - Measurably contributes to Navy's increased retention and reduced attrition objectives. - Proactive leader/exemplary mentor. Involved in subordinates' personal development leading to professional growth/sustained commitment. - Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate. - The model of achievement. Develops unit cohesion by valuing differences as strengths. [ ] |
| 35. MILITARY BEARING/CHARACTER NOB [ ] | - Consistently unsatisfactory appearance. - Unsatisfactory demeanor or conduct. - Unable to meet one or more physical readiness standards. - Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] | [ ] | - Excellent personal appearance. - Excellent demeanor or conduct. - Complies with physical readiness program. - Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] | [X] | - Exemplary personal appearance. - Exemplary representative of Navy. - A leader in physical readiness. - Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] |
| 36. TEAMWORK NOB [ ] | - Creates conflict, unwilling to work with others, puts self above team. - Fails to understand team goals or teamwork techniques. - Does not take direction well. [ ] | [ ] | - Reinforces others' efforts, meets personal commitments to team. - Understands team goals, employs good teamwork techniques. - Accepts and offers team direction. [ ] | [X] | - Team builder, inspires cooperation and progress. - Talented mentor, focuses goals and techniques for team. - The best at accepting and offering team direction. [ ] |
| 37. MISSION ACCOMPLISHMENT AND INITIATIVE NOB [ ] | - Lacks initiative. - Unable to plan or prioritize. - Does not maintain readiness. - Fails to get the job done. [ ] | [ ] | - Takes initiative to meet goals. - Plans/prioritizes effectively. - Maintains high state of readiness. - Always gets the job done. [ ] | [ ] | - Develops innovative ways to accomplish mission. - Plans/prioritizes with exceptional skill and foresight. - Maintains superior readiness, even with limited resources. - Gets jobs done earlier and far better than expected. [X] |

NAVPERS 1610/2 (03-02)

# FITNESS REPORT AND COUNSELING RECORD (E7-O6)

| 1. Name (Last, First MI Suffix) | 2. Grade/Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| ARNTT, RODGER J II | HMC | FMF/SW | 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 |

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Pro-gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. LEADERSHIP: Organizing, motivating and developing others to accomplish goals. | - Neglects growth/development or welfare of subordinates. - Fails to organize, creates problems for subordinates. - Does not set or achieve goals relevant to command mission and vision. - Lacks ability to cope with or tolerate stress. - Inadequate communicator. - Tolerates hazards or unsafe practices. | | - Effectively stimulates growth/development in subordinates. - Organizes successfully, implementing process improvements and efficiencies. - Sets/achieves useful, realistic goals that support command mission. - Performs well in stressful situations. - Clear, timely communicator. - Ensures safety of personnel and equipment. | | - Inspiring motivator and trainer, subordinates reach highest level of growth and development. - Superb organizer, great foresight, develops process improvements and efficiencies. - Leadership achievements dramatically further command mission and vision. - Perseveres through the toughest challenges and inspires others. - Exceptional communicator. - Makes subordinates safety-conscious, maintains top safety record. - Constantly improves the personal and professional lives of others. |
| NOB ☐ | ☐ | ☐ | ☐ | ☐ | X |
| 39. TACTICAL PERFORMANCE: (Warfare qualified officers only) Basic and tactical employment of weapons systems. | - Has difficulty attaining qualification expected for the rank and experience. - Has difficulty in ship(s), aircraft or weapons systems employment. Below others in knowledge and employment. - Warfare skills in specialty are below standards compared to others of same rank and experience. | | - Attains qualifications as required and expected. - Capably employs ship(s), aircraft, or weapons systems. Equal to others in warfare knowledge and employment. - Warfare skills in specialty equal to others of same rank and experience. | | - Fully qualified at appropriate level for rank and experience. - Innovatively employs ship(s), aircraft, or weapons systems. Well above others in warfare knowledge and employment. - Warfare skills in specialty exceed others of same rank and experience. |
| NOB X | ☐ | ☐ | ☐ | ☐ | ☐ |

40. I recommend screening this individual for next career milestone(s) as follows: (maximum of two) Recommendations may be for competitive schools or duty assignments such as: LCPO, DEPT CPO, SEA, CMC, CWO, LDO, Dept Head, XO, OIC, CO, Major Command, War College, PG School.    SEA    DIVISION OFFICER

41. COMMENTS ON PERFORMANCE: * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 34 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 Point) only. Use upper and lower case.

Superb leader, managed the daily operations of Camp Hansen BMC ensuring quality health care was delivered to 5,000 Marines and Sailors.
-Assumed Bravo Company Commander and Battalion Senior Enlisted Advisor positions in the absence of the incumbent and performed with flawless precision.
-Mentored 86 Sailors and provided training in preparation for deployments to support OIF and numerous other deployments within the Pacific Theater.
-Worked in coordination with medical providers to ensure a rapid medical readiness status when tasked to send a Surgical Company to Pakistan for earthquake relief aid. His quick thinking and actions ensured 100% medical readiness was achieved in less than 24 hours.
-Qualified Enlisted Fleet Marine Warfare Specialist. Dedicated 58 hours of off-duty time providing study sessions and instruction which resulted in 14 personnel passing the written examination. Also, chaired six battalion EFMFWS boards resulting in six Sailors qualifying.
-Conducted 12 Career Review Boards achieving 100% completion of Bravo Company representing 23% of Medical Battalion. His initiative and dedication to Sailors resulted in one OTIEP, one OTT for Advance Radiology School, and two reenlistments for a combined 7 years and $45,000 SRB. Promote to Senior Chief NOW.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote | 44. Reporting Senior Address |
|---|---|---|---|---|---|---|---|
| 42. INDIVIDUAL | | | | | | X | COMMANDING OFFICER 3D MED BN, 3D MLG UNIT 38445 FPO AP 96604-8445 |
| 43. SUMMARY | ✗ | 0 | 0 | 0 | 0 | 1 | |

45. Signature of Reporting Senior    Date: 12/16/05

46. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to make a statement."
I intend to submit a statement. ☐    do not intend to submit a statement. ☑
Date: 12/16/05

Member Trait Average:    Summary Group Average:

47. Typed name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report

Date:

NAVPERS 1610/2 (03-02)