```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA


UNITED STATES,                    :
        GOVERNMENT,               :
                                  :
  VS.                             :   CR. NO. 06-160
                                  :
RODGER ARNTT, II,                 :
        DEFENDANT,                :
                                  :
                                      WASHINGTON, D. C.
                                      AUGUST 30, 2006
                                      (P.M. SESSION.)

                   TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE REGGIE B. WALTON


FOR THE GOVERNMENT:          JULIEANNE HIMELSTEIN, AUSA



FOR THE DEFENDANT:           PATRICK MCLAIN, ESQ.





COURT REPORTER:              PHYLLIS MERANA
                             6816 U. S. COURTHOUSE
                             3RD & CONSTITUTION AVE., N.W.
                             WASHINGTON, D. C.  20001
```

69

1  LESBIAN.

2  Q. OKAY. AND AFTER SHE RESPONDS AT 12:59:12, "NO, I LIKE

3  GUYS, LAUGHING OUTLOUD," YOU HAD THIS CONVERSATION I AM

4  HIGHLIGHTING FOR YOU FROM 12:59:25 ON DOWN. DO YOU SEE THAT

5  ABOUT KISSING?

6  A. YES, SIR.

7  Q. WHY DID YOU START TALKING ABOUT KISSING?

8  A. THE TOPIC OF SEX HAD BEEN BROUGHT UP OR AT LEAST SEXUAL

9  ORIENTATION, AND I JUST IN A JOKING MANNER TEASED -- I

10 BELIEVE MY FIRST LINE THERE IS "PECKS ON THE CHEEK DON'T

11 COUNT." IT WAS MEANT AS A JOKE, BUT I WASN'T REALLY

12 SEEING -- I WASN'T FEELING I WAS TALKING TO A CHILD ANYMORE.

13 Q. WHY?

14 A. THIS WAS SOMEBODY WHO WAS IMITATING A CHILD OR TRYING

15 TO AT LEAST PUT THE FACADE ON THAT THEY MIGHT BE A CHILD.

16 Q. WHY DO YOU SAY THAT?

17 A. AGAIN, IT JUST GOES BACK TO THE CONTEXT OF THE CHAT AT

18 THE TIME AND A GUT FEELING.

19 Q. EXCUSE ME A MINUTE. NOW, I WANT TO HIGHLIGHT THE

20 SECTION THAT STARTS AT 1:04:00 AND GOES TO 1:06:05. DO YOU

21 SEE THAT?

22 A. YES, SIR.

23 Q. YOU TELL KALISHOPPER, "YOU HAVE NO NEED TO RUSH," AND

24 KALISHOPPER SAYS, "I GUESS ONE DAY I'LL LEARN," AND YOU GET

25 INTO A CONVERSATION ABOUT WHERE SHE MIGHT LEARN, AND SHE

71

```
 1   WHO I AM.  THERE IS NO PHYSICAL CONNECTIVITY.  THERE IS NO
 2   PHYSICAL CONNECTION.  IT IS NOT LIKE ME SITTING HERE FACING
 3   YOU FACE TO FACE AND HAVING TO TALK OPENLY ABOUT THIS.  THIS
 4   HAS BEEN HARD.
 5   Q.  WHAT'S THE ATTRACTION OF DOING THIS ON-LINE?
 6   A.  I DON'T HAVE ANY FEAR.
 7   Q.  OF WHAT?
 8   A.  OF WHAT SOMEBODY ELSE MAY THINK OR FEEL ABOUT ME.
 9   Q.  WHY DID YOU CONTINUE THIS CONVERSATION WITH THIS PERSON?
10   WHAT WAS THE -- WHAT WAS THE --
11   A.  AGAIN, AT THIS POINT I DIDN'T THINK THEY WERE A CHILD.
12   I THOUGHT IT WAS AN ADULT ACTING LIKE ONE AND WANTED TO PLAY
13   THAT KIND OF A ROLE GAME.
14   Q.  OKAY.  WAS THAT SOMETHING THAT YOU JUST DIDN'T MIND
15   DOING OR ENJOYED DOING?
16   A.  I DIDN'T MIND DOING IT.  IT IS NOT SOMETHING I NORMALLY
17   ENJOY DOING, BUT IN THIS INCIDENT, I KEPT PLAYING ALONG.
18   Q.  WHY DIDN'T YOU GO SEE YOUR FRIEND, SENIOR CHIEF BISHOP,
19   AND TALK TO A LIVE HUMAN BEING?
20   A.  BECAUSE HE WAS NOT AVAILABLE YET.  HE WAS STILL IN
21   CLASS.
22   Q.  PARDON ME FOR A MINUTE.
23         I AM GOING TO NOW SCROLL DOWN TO THE 1:19:03 TO
24   1:21:58 TIME-STAMPED CONVERSATION.  DO YOU SEE THAT WHERE I
25   HAVE HIGHLIGHTED IT?
```

```
1   WOULD BE NICE IF YOU OLDER"?
2   A.  BECAUSE AFTER SEEING THEIR PICTURE, THEY LOOKED OLDER
3   THAN WHAT THEY HAD STATED AS THEIR AGE.
4   Q.  WHAT DOES THAT MEAN?
5   A.  THE PICTURE DOESN'T LOOK LIKE A 13-YEAR-OLD.
6   Q.  SO WHAT DID YOU THINK?
7   A.  THAT IT MIGHT BE -- MIGHT ACTUALLY BE AN ADULT TRYING TO
8   BE A 13-YEAR-OLD.
9   Q.  WHY WOULD IT BE NICE IF SHE WAS OR HE WAS ACTUALLY
10  OLDER?
11  A.  WE MIGHT HAVE A LITTLE BIT MORE COMMON INTERESTS TO TALK
12  ABOUT.
13  Q.  DID YOU NOT FIND COMMON INTERESTS WITH THIS PERSON THAT
14  CALLS HIMSELF KALISHOPPER2?
15  A.  WE HAD FOUND SOME, BUT NOT MANY.  WE KEPT GETTING PULLED
16  BACK INTO ONE IN PARTICULAR.
17  Q.  WHAT DO YOU MEAN "ONE IN PARTICULAR"?
18  A.  THERE ARE NUMEROUS TIMES WHERE WE TALKED ABOUT SEX.  SO
19  THERE WERE BANTERS ABOUT SEX.
20  Q.  AND WAS THAT GOOD, BAD, OR INDIFFERENT IN YOUR EYES?
21  A.  IT WASN'T SOMETHING I REALLY WANTED TO TALK ABOUT THAT
22  DAY.
23  Q.  ARE YOU SAYING THAT YOU DIDN'T PARTICIPATE
24  ENTHUSIASTICALLY AT SOME PORTIONS OF THIS CHAT IN THE TALK
25  OF SEX?
```

1  YOU KNEW?
2  A.  IT COULD HAVE BEEN, YES.
3  Q.  OKAY.  COULD IT HAVE BEEN SOMEBODY WHO WAS AN ADULT AS
4  FAR AS YOU KNEW?
5  A.  YES.
6  Q.  THEN I AM GOING TO REFER YOU DOWN, CHIEF ARNTT, TO THE
7  LAST TWO LINES AND THE CHAT THAT THE GOVERNMENT HAS PUT IN
8  AS AN EXHIBIT.  TAKE A LOOK WHERE I'VE HIGHLIGHTED.  "OKAY.
9  I'M LEAVING NOW.  CATCH THE METRO AND BE THERE ABOUT 8:00
10 P.M.  LATER, KALI."
11            DO YOU SEE THAT?
12 A.  YES, SIR.
13 Q.  IS THAT ABOUT THE TIME THAT YOU LEFT THE HOTEL TO GET
14 ONTO THE RED LINE METRO?
15 A.  IT WAS SHORTLY AFTER I MADE THAT COMMENT THAT I LEFT,
16 YES.
17 Q.  OKAY.  SO YOU WERE NO LONGER JUST CHATTING, IS THAT
18 CORRECT?
19 A.  YES, SIR.
20 Q.  WHY?
21 A.  BECAUSE I STILL FELT THAT I WAS GOING TO MEET AN ADULT.
22 Q.  WHAT IF IT HAD BEEN A CHILD?
23 A.  IT DIDN'T MATTER.  EITHER WAY I WAS NOT -- MY INTENTIONS
24 WERE TO GO TO MEET SOMEBODY AND TO TURN AROUND AND COME
25 BACK.

110

1  Q.  NOW, YOU TESTIFIED TO US THAT YOU DID NOT THINK THAT SHE

2  WAS 13 YEARS OLD, IS THAT CORRECT?

3  A.  YES, MA'AM.

4  Q.  YET SHE TOLD YOU THAT SHE WAS 13 YEARS OLD TWICE, DIDN'T

5  SHE?

6  A.  NO, SHE DID NOT.

7  Q.  SHE DID NOT TELL YOU?

8  A.  TWICE SHE SAID SHE WOULD BE 14 IN DECEMBER.

9  Q.  OKAY.  SO HOW OLD DID YOU THINK THAT MEANT IF SHE WOULD

10 BE 14 IN DECEMBER?

11 A.  WELL, BY VERBIAGE, IT WOULD MEAN THAT SHE WAS 13.

12 Q.  ALL RIGHT.  AND HOW MANY TIMES DID SHE SAY THAT?

13 A.  TWICE THAT I REMEMBER.

14 Q.  SO IS IT TRUE THAT SHE TOLD YOU TWICE THAT SHE WAS GOING

15 TO BE 14 IN DECEMBER?

16 A.  YES, MA'AM.

17 Q.  AND THAT, THEREFORE, SHE IS 13?

18 A.  YES, MA'AM.

19 Q.  YOU TOLD US THAT YOU DID NOT THINK THAT SHE WAS 13,

20 CORRECT?

21 A.  YES, MA'AM.

22 Q.  YET YOU TALKED ABOUT HER SKIPPING SCHOOL, DIDN'T YOU?

23 A.  IN THE BEGINNING OF OUR CONVERSATIONS, YES.

24 Q.  YOU TALKED ABOUT HER PLAYING HOOKY, DIDN'T YOU?

25 A.  YES, MA'AM.

```
1   Q.  YOU TALKED ABOUT HER GRADES WITH HER, DIDN'T YOU?
2   A.  I DON'T REMEMBER.  I MAY HAVE.
3   Q.  YOU JOKED WITH HER THAT SHE WAS STILL LEARNING TO KISS,
4   DIDN'T YOU?
5   A.  YES, MA'AM.
6   Q.  YOU TOLD HER THAT THERE WAS NO NEED TO RUSH, DIDN'T YOU?
7   A.  YES, MA'AM.
8   Q.  YET YOU DIDN'T THINK SHE WAS A CHILD?
9   A.  IN THE CONTEXT OF THE CONVERSATION, NO, MA'AM.
10  Q.  YOU TOLD HER THAT SHE WOULD GET HER EXPERIENCE IN THE
11  BACK SEAT OF SOME CAR AFTER THE HOME-NIGHT FOOTBALL GAME,
12  DIDN'T YOU?
13  A.  I MADE THAT COMMENT, YES.
14  Q.  BUT YOU DIDN'T KNOW SHE WAS A CHILD.
15      YOU TOLD HER THAT "IT'S TOO BAD. YOU ARE SO YOUNG,"
16  DIDN'T YOU?
17  A.  I MADE THAT COMMENT, YES, MA'AM.
18  Q.  BUT YOU DIDN'T KNOW SHE WAS A CHILD.
19      YOU TOLD HER THAT SHE NEEDED TO FIND A BOY HER OWN
20  AGE, DIDN'T YOU?
21  A.  YES, MA'AM.
22  Q.  YOU TOLD HER THAT HER AGE WOULD GET YOU IN TROUBLE,
23  DIDN'T YOU?
24  A.  IN THE CONTEXT OF OUR CONVERSATION, YES, MA'AM, I DID.
25  Q.  BUT YOU DIDN'T KNOW SHE WAS A CHILD, RIGHT?
```