# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. 06-160 (RBW)
)
Rodger Arntt, II )

## NOTICE OF APPEAL

Name and address of appellant: Rodger Arntt, II
CDC # 310444
BOP/USM # 28631-016

Name and address of appellant's attorney: seeking appointed counsel in forma pauperis

Offense: 18 USC § 2422(b) & § 2423(b)

Concise statement of judgment or order, giving date, and any sentence:



Name and institution where now confined, if not on bail:

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

2 February 2007                    X [signature]
DATE                               APPELLANT

                                   ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE  [ ]
CJA, NO FEE           [ ]
PAID USDC FEE         [ ]
PAID USCA FEE         [ ]

Does counsel wish to appear on appeal?                    YES [ ]   NO [ ]
Has counsel ordered transcripts?                          YES [ ]   NO [ ]
Is this appeal pursuant to the 1984 Sentencing Reform Act? YES [ ]   NO [ ]

# United States Court of Appeals
### District of Columbia Circuit
Washington, D.C. 20001-2866

## CRIMINAL APPEAL DOCKETING STATEMENT

**Part I**

1. Criminal Docket Number __CR-06-160-01__
2. Case Name __US vs. Rodger Arntt, II__
3. Appellant's Name __Rodger Arntt__
3a. Appellant's Defendant No. __NA__
4. Date of Conviction __8 September 2006__
4a. Date of Sentence __2 February 2007__
5. Name of District Court Judge __Reggie B. Walton__
6. Date Notice of Appeal Filed __February 2007__
7. of what offense(s) was defendant convicted?
   (1) 18 USC 2423(b).
   (2) 18 USC 2422(b)
8. Did defendant plead guilty? __no__
9. What sentence was imposed? _____
10. How much of the sentence has defendant already served? __detention began 8 September 2006__
11. Is appellant challenging the conviction? __yes__
12. Is appellant challenging the sentence? __yes__
13. Is defendant currently incarcerated? __yes__
    If yes, place of incarceration __BOP__
    If no, address and phone number _____

UNITED STATES COURTHOUSE • 333 CONSTITUTION AVENUE N.W.

14. Has defendant moved for release pending appeal? _no_
    If yes, date filed and disposition. _____

    _____

    If no, does defendant intend to file such a motion in the District Court?
    _no_

15. Will appellant file a motion for release pending appeal in court of appeals?
    _Pending decision after appointment counsel_

16. Did appellant have court-appointed trial counsel? _no_

17. Does appointed trial counsel wish to petition for appointment as appellate counsel pursuant to the Circuit Plan to Implement the Criminal Justice Act?[1] (A "no" indication requires a statement of reason).
    YES_____    NO_____    _NA_
    If NO, Reason:_____

    _____

18. Did defendant have retained counsel? _yes_
    If yes, will case proceed on appeal with retained counsel? _no_
    If no, will defendant seek appointment of counsel on appeal and has defendant filed a motion to proceed in forma pauperis? _yes_

**PART II - Transcripts**

1. Has counsel ordered transcripts?    [ ] CJA    [ ] PAID
   a. For appeal from conviction? _____
   b. For sentencing appeal? _____
   c. Other _____

2. If Yes, when will transcripts be completed? _____

   _____

3. Did counsel seek expedited preparation of sentencing transcripts?

   _____

---

[1] In all appeals of sentences of 8 months or less trial counsel is required to prosecute the appeal of the sentence.

UNITED STATES COURTHOUSE • 333 CONSTITUTION AVENUE N.W.

**PART III - Sentencing Appeals**

Appellant should only complete the following if appellant intends to challenge the sentence imposed.

1.  Appellant Intends to Challenge District Court's Findings of Relevant Fact

    _yes_

2.  Appellant Intends to Challenge the District Court's Specific Application of the Guidelines  _yes_

3.  Appellant Contends District Court Should Have Applied the following Sentencing Range (from sentencing table; include also a statement as to which Offense Level and Criminal History Category are correct).

4.  Appellant Intends to Challenge the Validity of the Statute or Guidelines

Signature _____  Date _____

Name of Counsel or Pro Se Litigant (Print) _Rodger Arnlt_

Firm _USM# 28631-016_

Address _Federal Bureau of Prisons_

X ~~Counsel for~~ Appellant (Name of Party) _[signature]_

# UNITED STATES DISTRICT COURT

District of __COLUMBIA__

_____  
Plaintiff

V.

Rodger Arntt, II  
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: CR-06-160-01

I, __Rodger Arntt, II__ declare that I am the (check appropriate box)
☑ petitioner/plaintiff/movant/respondent ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑ Yes   ☐ No   (If "No," go to Part 2)
   If "Yes," state the place of your incarceration __Federal Bureau of Prisons__
   Are you employed at the institution? __no__  Do you receive any payment from the institution? __no__
   
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   ☐ Yes   ☑ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)  __none__
   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.  __October 2006__

3. In the past 12 twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment   ☑ Yes   ☐ No
   b. Rent payments, interest or dividends              ☑ Yes   ☐ No
   c. Pensions, annuities or life insurance payments    ☐ Yes   ☑ No
   d. Disability or workers compensation payments       ☐ Yes   ☑ No
   e. Gifts or inheritances                             ☐ Yes   ☑ No
   f. Any other sources                                 ☐ Yes   ☑ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.