UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

FEB 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No.: 06-160 (RBW) |
| ) | |
| RODGER ARNTT II, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER

The defendant has appealed this Court's final judgment to the United States Court of Appeals for the District of Columbia Circuit, USCA No. 07-3022. Currently before this Court is the defendant's motion for leave to proceed on appeal in forma pauperis and accompanying Affidavit, which was referred to this Court for a decision by the District of Columbia Circuit. Upon consideration of this motion and affidavit, it is hereby this 12th day of February, 2007

**ORDERED** that the defendant's motion is **GRANTED**.[1]

**SO ORDERED.**

REGGIE B. WALTON
United States District Judge

---

[1] The Clerk is directed to transmit a copy of this order to the District of Columbia Circuit.