UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

FEB 21 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No.: 06-160 (RBW) |
| ) | |
| RODGER ARNTT II, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Currently before this Court is the defendant's <u>pro se</u> request for this Court to reconsider the sentence it imposed on February 2, 2007. Defendant's Motion for Reconsideration at 1. As support for his request the defendant directs this Court to his family's emotional, physical, and financial need for him to be released, his criminal history, and sentences imposed by other courts in similar cases. The Court fully considered all of these factors at the time it imposed its sentence. The Court therefore finds that reducing the defendant's sentence is not warranted. Accordingly, it is hereby this 16th day of February, 2007

**ORDERED** that the defendant's motion is **DENIED**.

**SO ORDERED.**

REGGIE B. WALTON
United States District Judge