UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUN 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES, )
)
)
)
Plaintiff, )
)
v. ) Criminal Action No. 06-00160-01 (RBW)
)
ROGER J. ARNTT, II, )
)
Defendant. )
)

## ORDER

Currently before the Court is the defendant's pro se motion requesting a delay of transfer. The defendant specifically requests that the Court grant a forty-five day delay of transfer from the District of Columbia Detention Center to a federal facility so that the defendant may have in-person contact with future appointed counsel. Upon consideration of the defendant's motion, it is hereby this 13th day of June, 2007

**ORDERED** that the defendant's motion for a delay of transfer is **DENIED**.

**SO ORDERED** on this 13th day of June, 2007.

/s/ _____
REGGIE B. WALTON
United States District Court Judge